UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 18-00372-CJC (DFMx) | Date | June 15, 2018 |
|---|---|---|---|
| Title | Masih Kazerouni v. Bank of America, National Association | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Melissa Kunig                                              Not Reported
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:      (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [17], here by orders this action dismissed without prejudice.   The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                     -            :      -

                        Initials of Deputy Clerk    mku

cc: