# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIH KAZEROUNI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>　　　　Defendant. | Case No.: 8:18-cv-00372-CJC(DFMx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

　　Based upon the Joint Stipulation to Reopen and Dismiss Action With Prejudice as to the named Plaintiff, and without prejudice as to the putative class, and good cause, this Court hereby ORDERS the action to be, dismissed with prejudice as to the named Plaintiff, and without prejudice to the putative class. Each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: August 29, 2018

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE